FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0683

CASE NO. DA 24-0683
IN THE SUPREME COURT OF THE STATE OF MONTANA

MICHELLE MANNING,

    Petitioner / Appellee,

-vs-

MONTANA DEPARTMENT OF
PUBLIC HEALTH AND HUMAN
SERVICES and DAVID GERARD,

    Respondents / Appellants.

**APPELLANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellants Montana Department of Public Health and Human Services and David Gerard's Unopposed Motion for Extension of Time, there being no objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellants are granted an extension of time to and including January 29, 2025, within which to prepare, file, and serve Appellants' Opening Brief.

*Electronically dated and signed below.*

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 17 2024